No. 00A945 (00–1210). MAJOR LEAGUE BASEBALL PLAYERS ASSN. *v.* GARVEY. C. A. 9th Cir. Application for stay, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted, and it is ordered that further proceedings in this case are stayed pending disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, this stay shall terminate upon the sending down of the judgment of this Court. JUSTICE SCALIA took no part in the consideration or decision of this application.

APRIL 30, 2001

No. 00–122. UNITED STATES *v.* CLARK. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Daniels* v. *United States, ante,* p. 374.

No. 00–8446. BANES *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Artuz* v. *Bennett,* 531 U. S. 4 (2000). ■

No. 00–8722. KIMBERLIN *v.* DEWALT, WARDEN. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.